# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 7, 2016

## NO. 03-16-00621-CV

### Toll Austin TX, LLC, Appellant

### v.

### Brent Dusing and Elizabeth Dusing, Appellees

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the interlocutory order signed by the trial court on August 23, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's interlocutory order. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.